KRAMES-CORLETT COMPANY, a Corporation Organized and Existing under the Laws of the State of Florida; C. J. PEARSON COMPANY, a Corporation Organized and Existing under the Laws of the State of West Virginia, and Authorized to do Business in the State of Florida; W. F. MAY and RUBY B. MAY, his Wife; W. H. SLEDGE and ELEANOR H. SLEDGE, his Wife; A. J. BRENNAN and ALMA BRENNAN, his Wife, *Appellants*, v. FIRST TRUST & SAVINGS BANK, a Banking Corporation and Trust Company Organized and Existing under the Laws of the State of Florida, as Trustee; MIAMI BOND & MORTGAGE COMPANY, a Corporation Organized and Existing under the Laws of the State of Florida, *Appellees*.

Special Division A.

Decision filed June 6, 1930.

*Walsh, Beckham, Farley & Ellis,* for Appellants;

*Shutts & Bowen,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the circuit court be, and the same is hereby affirmed.

TERRELL, C. J., AND WHITFIELD AND BUFORD, J. J., concur.